Ephraim P. Emson, appellant,

*v.*

Job Polhemus, respondent.

*Mr. Wm. H. Vredenburgh,* for appellant

*Mr. C. Ewan Merritt,* for respondent.

Per Curiam.

This decree unanimously affirmed, for reasons given by the chancellor in the case below, *3 Stew. Eq. 405.*

---

Joel Parker and others, appellants,

*v.*

Edward Snyder and others, respondents.

*Mr. W. W. Wiltbank* and *Mr. B. Gummere,* for appellants.

*Mr. A. Flanders,* for respondents.

Per Curiam.

This decree unanimously affirmed, for reasons given by the chancellor in the case below, *4 Stew. Eq. 164.*